FILED
DEC -1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-0504 WBS |
| Plaintiff, ) | |
| v. ) | |
| SEALED, ) | |
| Defendant. ) | |

### SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant or until further order the Court.

DATED: Dec 1, 2011

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge