1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12          Plaintiff,           )    2:11-CR-504 WBS
                                )
13     v.                       )    APPLICATION FOR UNSEALING
                                )    INDICTMENT
14 JEWEL L. HINKLES, et al.,    )
                                )
15          Defendants.         )
   _____)
16

17     On December 1, 2011, the indictment was filed in the above-

18 referenced case.  Since one of the defendants has now been arrested,

19 it is no longer necessary for the case to be sealed.  The government

20 respectfully requests that this case be unsealed.

21 DATED: December 2, 2011            Respectfully submitted,

22                                    BENJAMIN B. WAGNER
                                      United States Attorney
23

24                                    By:/s/ Dominique N. Thomas
                                         DOMINIQUE N. THOMAS
25                                       Assistant U.S. Attorney

26

27

28

```
BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-CR-504 WBS |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | INDICTMENT |
| JEWEL L. HINKLES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The government's application to unseal this case is granted.

SO ORDERED:

DATED: December 2, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE