1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )   2:11-CR-504 WBS
                                   )
13     v.                          )   APPLICATION FOR UNSEALING
                                   )   INDICTMENT
14  JEWEL L. HINKLES, et al.,      )
                                   )
15          Defendants.            )
    _____)
16

17      On December 1, 2011, the indictment was filed in the above-

18  referenced case.  Since one of the defendants has now been arrested,

19  it is no longer necessary for the case to be sealed.  The government

20  respectfully requests that this case be unsealed.

21  DATED: December 2, 2011          Respectfully submitted,

22                                   BENJAMIN B. WAGNER
                                     United States Attorney
23

24                                   By:/s/ Dominique N. Thomas
                                        DOMINIQUE N. THOMAS
25                                      Assistant U.S. Attorney

26

27

28

1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12            Plaintiff,           )    2:11-CR-504 WBS
                                   )
13      v.                         )    ORDER UNSEALING
                                   )    INDICTMENT
14  JEWEL L. HINKLES, et al.       )
                                   )
15            Defendants.          )
    _____)
16

17      The government's application to unseal this case is granted.

18  SO ORDERED:

19  DATED: December 2, 2011

20                            /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28