**FILED**
December 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-cr-00504 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JEWEL HINKLES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jewel Hinkles; Case 2:11-cr-00504 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $150,000.00.

___   Appearance Bond with 10% Deposit

_X_   Appearance Bond in the amount of $150,000.00 secured by real property owned by Mr. Davis, to be posted within two weeks.

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions.

Issued at   Sacramento, CA   on   12/13/2011   at   4:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge