JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CYNTHIA CORN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>        Plaintiff,                   )<br>                                      )<br>v.                                    )<br>                                      )<br>JEWEL L. HINKLES, et al.,             )<br>                                      )<br>        Defendants.                   )<br>                                      )<br>                                      )<br>                                      ) | No. CR-S-11-504 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: August 20, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Cynthia Corn, John R. Manning, Esq., counsel for defendant Jewel Hinkles, Jerome Kaplan, Esq., counsel for defendant Bernadette Guidry, Michael L. Chastaine, Esq., counsel for defendant Jesse Wheeler, Thomas A. Johnson, Esq., and counsel for defendant Brent Medearis, Kirk McAllister, Esq., that the status conference presently set for June 25, 2012 be **continued to August 20, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for

1

effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, August 20, 2012.

IT IS SO STIPULATED.

Dated: June 20, 2012                              /s/  John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Cynthia Corn

Dated: June 20, 2012                              /s/  Jerome Kaplan
                                                  JEROME KAPLAN
                                                  Attorney for Defendant
                                                  Jewel Hinkles

Dated:  June 20, 2012                             /s/  Michael L. Chastaine
                                                  MICHAEL L. CHASTAINE
                                                  Attorney for Defendant
                                                  Bernadette Guidry

Dated: June 20, 2012                              /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Defendant
                                                  Jesse Wheeler

Dated:  June 20, 2012                             /s/  Kirk McAllister
                                                  KIRK MCALLISTER
                                                  Attorney for Defendant
                                                  Brent Medearis

Dated: June 21, 2012                              Benjamin B. Wagner
                                                  United States Attorney

                                          by:    /s/  Steven Lapham
                                                  STEVEN LAPHAM
                                                  Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

     The Court orders that the time from the date of the parties' stipulation, June 21, 2012, to and including August 20, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the June 25, 2012, status conference shall be continued until August 20, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   June 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE