BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEWEL L. HINKLES,<br><br>    Defendant. | Case No. 2:11-cr-00504 WBS<br><br>**ORDER** |

**ORDER**

Good cause having been shown, the Government is granted leave to file Exhibits 2 through 10 of the Government's Notice of Motion and Motion for Revocation of Release for Jewel L. Hinkles <u>under seal</u>.

SO ORDERED.

DATED: October 12, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE