JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CYNTHIA CORN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JEWEL L. HINKLES, et al.,<br><br>  Defendants. | No. CR-S-11-504 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS<br><br>Date:  November 5, 2012<br>Time:  9:30 a.m.<br>Judge:  Honorable William B. Shubb |

The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with counsel for defendant Cynthia Corn, John R. Manning, Esq., counsel for defendant Jewel Hinkles, Jerome Kaplan, Esq., counsel for defendant Bernadette Guidry, Michael L. Chastaine, Esq., counsel for defendant Jesse Wheeler, Thomas A. Johnson, Esq., and counsel for defendant Brent Medearis, Kirk McAllister, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on October 15, 2012.

2. By this stipulation, defendants now move to continue the status conference until November 5, 2012 and to exclude time between October 15, 2012 and November 5, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

1

3.  The parties agree and stipulate, and request the Court find the following:

   a. This is a voluminous, complex, case involving five co-defendants. The conduct alleged in this matter spans multiple jurisdictions. Thus far, the Government has produced in excess of 10,000 pages of discovery. Recently the Government produced an additional 250 (+/-) pages of discovery and has indicate additional discovery is forth coming.

   b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 15, 2012 to November 5, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 9, 2012                                              /s/  John R. Manning
                                                                              JOHN R. MANNING
                                                                              Attorney for Defendant
                                                                              Cynthia Corn

Dated: October 9, 2012                                              /s/ Jerome Kaplan
                                                                              Jerome Kaplan
                                                                              Attorney for Defendant
                                                                              JEWEL HINKLES

Dated: October 9, 2012                                              /s/ Michael L. Chastaine
                                                                              MICHAEL L. CHASTAINE
                                                                              Attorney for Defendant
                                                                              Bernadette Guidry

Dated: October 9, 2012                                              /s/ Thomas A. Johnson
                                                                              THOMAS A. JOHNSON
                                                                              Attorney for Defendant
                                                                              Jesse Wheeler

Dated: October 16, 2012                                            /s/ Kirk McAllister
                                                                              KIRK MCALLISTER
                                                                              Attorney for Defendant
                                                                              Brent Medearis

Dated: October 9, 2012                                              Benjamin B. Wagner
                                                                              United States Attorney

                                                                              by:/s/  Lee Bickley
                                                                              LEE BICKLEY
                                                                              Assistant U.S. Attorney

### ORDER

IT IS SO FOUND AND ORDERED this <u>17th</u> day of <u>October</u>, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3