```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LEE S. BICKLEY
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2727
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-504 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |
| v. | |
| JEWEL L. HINKLES, aka Cydney Sanchez, BERNADETTE GUIDRY, aka Bernadette Thompson, JESSE WHEELER, CYNTHIA CORN, and BRENT MEDEARIS, | |
| Defendants, | |

   IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with engaging in a fraudulent mortgage loan modification scheme and/or an associated bankruptcy fraud scheme.

   The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver's license numbers, dates of birth, addresses, telephone numbers, and email addresses. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agree that the Protected Information is being entrusted to counsel only for the purposes of representing their respective defendants in this criminal case.  Further, defense counsel agree not to share any documents that contain Protected Information with anyone other than their designated defense investigators, experts, and support staff.  Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendants shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted.  Any person receiving Protected Information or a copy of the Protected Information from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Notwithstanding the foregoing, after the trial date has been confirmed in this case, counsel, staff and/or the investigator for the defendants may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

In the event that a defendant substitutes counsel, undersigned defense counsel each agree to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE:  October 17, 2012           /s/ Jerome Kaplan
                                  JEROME KAPLAN
                                  Attorney for Jewel Hinkles


DATE:  October 17, 2012           /s/ Michael L. Chastaine
                                  MICHAEL L. CHASTAINE
                                  Attorney for Bernadette Guidry


DATE: October 17, 2012            /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Jesse Wheeler

DATE:  October 17, 2012            /s/ John R. Manning
                                                      JOHN R. MANNING
                                                      Attorney for Cynthia Corn

DATE:  October 17, 2012            /s/ Kirk McAllister
                                                      KIRK McALLISTER
                                                      Attorney for Brent Medearis

DATE: October 17, 2012             BENJAMIN B. WAGNER
                                                      United States Attorney


                                By:    /s/ Lee S. Bickley
                                              LEE S. BICKLEY
                                              Assistant U.S. Attorney


**IT IS SO ORDERED**:

DATED:  October 17, 2012.        _____
                                        EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE