IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, )<br>)<br>              Plaintiff, )<br>)<br>v. )<br>)<br>JEWEL HINKLES, )<br>    a.k.a. CYDNEY SANCHEZ )<br>              Defendant. )<br>_____) | Case No.: 11-cr-504-WBS<br><br>**ORDER** |

Having reviewed the parties' stipulation to continue the revocation of release hearing as to Defendant Jewel Hinkles, no objection from the government, and good cause appearing, the hearing for revocation of release as to Defendant Jewel Hinkles, currently scheduled for November 15, 2012, is hereby continued to a new date of December 6, 2012, at 2:00 p.m., before the Duty Magistrate Judge.

IT IS SO ORDERED.

DATED: November 9, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
hinkles0504.stipord.cont.revocation

1
**ORDER [PROPOSED]**