

FILED

DEC - 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    2:11-cr-00504-WBS

          Plaintiff,

     vs.                                     DETENTION ORDER
                                             (Violation of Pretrial Release, Probation or
                                             Supervised Release)

JEWEL L. HINKLES,

          Defendant.
_____/

X   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the
court finds:

X   There is probable cause to believe the person has committed a federal, state
    or local crime while on release and the defendant has not rebutted the
    presumption that his release will endanger another or the community or

X   There is clear and convincing evidence that the defendant has violated
    another condition of release and

___   based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or
      combination of conditions of release that will assure that the defendant will
      not flee or pose a danger to the safety of another person or the community or

X   the person is unlikely to abide by any condition or combination of conditions
    of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

___   Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of
      probation or supervised release) the court finds defendant has not met his
      burden of establishing by clear and convincing evidence that he will not flee
      or pose a danger to another person or to the community.

1    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
2  practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant
4  to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
Dated:
7      /2-6-20/2                                        EDMUND F. BRENNAN,
                                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                                2