UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,                NO. S- 11-CR-504-WBS

       Plaintiff,

    v.                                   ORDER

JEWEL HINKLES,
    a.k.a. CYDNEY SANCHEZ,

       Defendant.
_____/

----oo0oo----

       Defendant moves for a stay of the Magistrate Judge's Order revoking her pre-trial release and ordering her to self surrender to the United States Marshal by December 10, 2012, pending her appeal to this court of that Order. Having reviewed the government's Notice of Motion and Motion for Revocation of Release, with supporting Exhibits (Docket No. 77); defendant's Opposition to Motion for Revocation of Release (Docket No. 89); Defendant Jewel Hinkles' Emergency Request for Stay, Appeal of Order, and Request for Hearing, (Docket No. 91); and the United

1

States' Memorandum in Opposition to Defendant Hinkles' Request for Stay, Appeal of Order and Request for a Hearing (Docket No. 92), and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant's request for stay of her surrender, currently set for December 10, 2012, is DENIED; and
2. Defendant's Appeal of the Magistrate Order entered on December 5, 2012, revoking defendant's pre-trial release is set for hearing on **December 20, 2012 at 9:30 a.m.**

DATED: December 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE