| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | Lee S. Bickley |
| | Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:   (916) 554-2746 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0504 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S APPEAL OF THE MAGISTRATE ORDER ENTERED ON DECEMBER 6, 2012** |
| JEWEL L. HINKLES, aka Cydney Sanchez, et al., | |
| Defendants. | |

Counsel for the United States of America, Lee S. Bickley, and counsel for defendant Jewel Hinkles, Jerome Kaplan, Esq., hereby stipulate as follows:

1. On December 6, 2012, Magistrate Judge Edmund F. Brennan signed a detention order revoking defendant Jewel Hinkles' pretrial release.

2. On December 6, 2012, the defendant Jewel Hinkles appealed that order and requested an emergency stay.

3. By order dated December 6, 2012, Judge William B. Shubb denied the stay and set the hearing for the appeal for December 20, 2012.

4. Counsel for the United States Lee S. Bickley is unavailable on December 20, 2012. Consequently, the United States requests that the hearing on the defendant's appeal be moved to January 7, 2013, at 9:30 a.m. The defendant does not object to this request.

IT IS SO STIPULATED.

DATED:    December 10, 2012

                                            /s/ Lee S. Bickley
                                            Lee S. Bickley
                                            Assistant United States Attorney

DATED:    December 10, 2012

                                            /s/ Jerome Kaplan
                                            Jerome Kaplan
                                            Counsel for Defendant Jewel Hinkles

## **O R D E R**

IT IS SO FOUND AND ORDERED this _17th day of December, 2012 that the hearing on Defendant's Appeal of the Magistrate Order entered on December 6, 2012, revoking defendant's pre-trial release is now set for January 7, 2013, at 9:30 a.m.

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE