1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7
    UNITED STATE OF AMERICA,      )        Case No.: 11-cr-504-WBS
8                                  )
                   Plaintiff,      )        **ORDER**
9                                  )
    v.                             )
10                                 )
    JEWEL HINKLES,                 )
11        a.k.a. CYDNEY SANCHEZ    )
                   Defendant.      )
12   _____)

13

14       Having reviewed the parties' Stipulation to Release Surety,

15   and good cause appearing,

16       IT IS ORDERED:

17       The $150,000.00 collateral bond secured by the real property

18   located at 2231-2233 S. Bronson Avenue, Los Angeles, California

19   90018, by Jarrell D. Davis, in the Central District, Case No.

20   2:11-mj-2866, is released.

21

22   Dated: May 3, 2013

23

24   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

25

26

27

28

                                    1
                         **ORDER [~~PROPOSED~~]**