THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.: 2:11-cr-00504-WBS |
| Plaintiff,     ) | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs.            ) | |
| JEWEL HINKLES, et al.,            ) | |
| Defendants.     ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for all Defendants on March 31, 2014, at 9:30 a.m. is continued to June 30, 2014, at 9:30 a.m. in the same courtroom.   The continuance is requested because defense counsel for Jesse Wheeler will be in trial on March 31, 2014, and needs additional time to prepare for the Pre-Sentence Report (PSR).  Lee Bickley, Assistant United States Attorney, and Jerome Kaplan, attorney for Jewel Hinkles, John Manning, attorney for Cynthia Corn, Kirk McAllister, attorney for Brent Medearis, and Thomas A. Johnson, attorney for Jesse Wheeler, agree to this continuance.

**IT IS SO STIPULATED.**

1

| | | |
|---|---|---|
| DATED: March 10, 2014 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>JESSE WHEELER |
| DATED: March 10, 2014 | By: | /s/ Thomas A. Johnson for<br>JEROME KAPLAN<br>Attorney for Defendant<br>JEWEL HINKLES |
| DATED: March 10, 2014 | By: | /s/ Thomas A. Johnson for<br>JOHN MANNING<br>Attorney for Defendant<br>CYNTHIA CORN |
| DATED: March 10, 2014 | By: | /s/ Thomas A. Johnson for<br>KIRK MCALLISTER<br>Attorney for Defendant<br>BRENT MEDEARIS |
| DATED: March 10, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>LEE BICKLEY<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: March 11, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEWEL HINKLES, et al.,<br><br>　　　　　Defendants. | Case No.: 2:11-cr-00504-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | June 30, 2014 |
| Reply or Statement | June 23, 2014 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | June 16, 2014, |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | June 9, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 2, 2014 |

3