THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JEWEL HINKLES, et al.,<br>        Defendants. | Case No.: 2:11-cr-00504-WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for all Defendants on June 30, 2014, at 9:30 a.m. is continued to September 29, 2014, at 9:30 a.m. in the same courtroom.  Matthew Segal, Assistant United States Attorney, Jerome Kaplan, attorney for Jewel Hinkles, John Manning, attorney for Cynthia Corn, Kirk McAllister, attorney for Brent Medearis, and Thomas A. Johnson, attorney for Jesse Wheeler, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  June 26, 2014

                                        By:    /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Defendant
                                               JESSE WHEELER

1

DATED: June 26, 2014

By:   /s/ Thomas A. Johnson for
JEROME KAPLAN
Attorney for Defendant
JEWEL HINKLES

DATED: June 26, 2014

By:   /s/ Thomas A. Johnson for
JOHN MANNING
Attorney for Defendant
CYNTHIA CORN

DATED: June 26, 2014

By:   /s/ Thomas A. Johnson for
KIRK MCALLISTER
Attorney for Defendant
BRENT MEDEARIS

DATED: June 26, 2014

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
MATTHEW SEGAL
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  June 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2