1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-504 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONINUATION OF RESTITUTION HEARING FOR JEWEL HINKLES; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JEWEL HINKLES, aka CYDNEY SANCHEZ, et. al., | |
| Defendants. | DATE: NOVEMBER 17, 2014<br>TIME: 9:30 A.M.<br>JUDGE: WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jewel Hinkles, by and through her counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a restitution hearing on November 17, 2014.

2.  By this stipulation, the parties now move to continue the restitution hearing until November 24, 2014.

3.  The defendant and defendants Cynthia Corn and Brent Medearis have agreed to

1

stipulate to the amount of restitution owed.  However, the entry of the stipulation and proposed order for Ms. Hinkles depends on the amount of restitution for which she will be joint and severally liable with Jesse Wheeler.  Mr. Wheeler has requested a restitution hearing on November 17.  In order for the parties and the Court to determine the amount of restitution owed by Mr. Wheeler and therefor finalize Hinkles' stipulation and proposed order, the parties request that Hinkles' restitution hearing be moved to November 24, 2014.

4. According to 18 U.S.C. § 3664(d)(5), the Court should set a hearing for a final determination of a victim's losses, not to exceed 90 days after sentencing.  The defendants were sentenced on September 29, 2014.  The date November 24, 2014, is within the 90-day window.

IT IS SO STIPULATED.

DATED: November 13, 2014

/s/ Lee S. Bickley_____
Lee S. Bickley
Assistant United States Attorney

DATED: November 13, 2014

/s/ __Lee. S. Bickley for____ _____
Jerry Kaplan
Counsel for Defendant Jewel Hinkles

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the restitution hearing for Jewel Hinkles presently set for November 17, 2014, is continued to November 24, 2014 at 9:30 a.m.

Dated: November 13, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2