BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEWEL L. HINKLES, aka<br>Cydney Sanchez, et al.,<br><br>Defendants. | CASE NO.  2:11-CR-0504-01 WBS<br>AMENDED STIPULATION RE JEWEL HINKLES RESTITUTION AND<br>[~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: November 24, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

Plaintiff United States of America, by an through its counsel of record, and defendant Jewel Hinkles, aka Cydney Sanchez, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on November 24, 2014.

2. By this stipulation, defendant and plaintiff now move for the Court to issue an order setting the restitution amount owed by Ms. Hinkles to be $5,105,599.33.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The appropriate amount of restitution owed by Ms. Hinkles is $5,105,599.33.

   b. The restitution should be paid to the victims listed on the document Jewel Hinkles Restitution Victims filed with the Clerk of the Court.

   c. Of this $5,105,599.33 in restitution, Ms. Hinkles should be joint and severally liable with the following individuals for the following amounts: Brent Medearis and Cynthia Corn for $193,500; Cynthia Corn for an additional $1,936,843.83; and Jesse

1         Wheeler for $2,212,809.50.

2     4.    The United States Probation Department has reviewed and supports this stipulation and proposed order.

IT IS SO STIPULATED.

Dated:  November 18, 2014                         BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           /s/ LEE S. BICKLEY
                                                           LEE S. BICKLEY
                                                           Assistant United States Attorney

Dated:  November 18, 2014                         /s/ Jerome Kaplan
                                                           JEROME KAPLAN
                                                           Counsel for Defendant
                                                           JEWEL L. HINKLES

**ORDER**

IT IS SO FOUND AND ORDERED that defendant Jewel Hinkles, aka Cydney Sanchez, is ordered to pay $5,105,599.33 in restitution.  Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court.  Of this $5,105,599.33 in restitution, Jewel Hinkles is joint and severally liable with the following individuals for the following amounts: Brent Medearis and Cynthia Corn for $193,500; Cynthia Corn for an additional $1,936,843.83; and Jesse Wheeler for

////

////

////

////

////

1  $2,212,809.50.  The restitution should be directed by the Clerk of the Court to the victims listed in the
2  document Jewel Hinkles Restitution Victims filed with the Clerk of the Court.  The restitution hearing
3  set for November 24, 2014 as to defendant Hinkles is vacated.
4  Dated:  November 19, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE JEWEL HINKLES RESTITIOUN AND
[PROPOSED] ORDER

3