PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JEWEL L. HINKLES,<br>BRENT MEDEARIS, AND<br>CYNTHIA CORN,<br><br>               Defendants. | CASE NO. 2:11-CR-504-WBS<br><br>ORDER TO REFLECT A VICTIM'S NAME CHANGE AND DISBURSE RESTITUTION |

This matter is before the Court on the government's motion requesting that the Clerk of the Court reflect Victim Casandra Adams' name change to Casandra Shamblin, and be directed to pay the restitution currently in the Clerk's registry.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to update Victim Casandra Adams' name to Casandra Shamblin, and to pay any proportionate restitution currently available and any future proceeds due to Casandra Adams to Casandra Shamblin.

Dated: May 14, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE