1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:11-CR-00504-05 WBS |
| Plaintiff, | |
| v. | **AMENDED STIPULATION FOR FINAL ORDER OF WRIT OF EXECUTION; AND ORDER** |
| BRENT MEDEARIS, | |
| Defendant and Judgment Debtor, | |

This Court previously approved the United States and defendant, Brent Medearis's (the Parties), stipulated writ of execution for the surrender and sale of Medearis's 1967 Chevrolet Camaro to satisfy, in part, his unpaid judgment (the Order). ECF No. 243. The United States has taken possession of the vehicle and contracted with a third party to sell the vehicle at auction pursuant to the Order.

The United States subsequently learned, however, that the vehicle identification number (VIN) stated in the original stipulation and Order was incorrect according to recent California Department of Motor Vehicle (DMV) records. The VIN needs to be corrected before the car can be sold at auction. Accordingly, the Parties agree and stipulate as follows:

1. Medearis is the registered owner of a 1967 Chevrolet Camaro RS, VIN: 124377N179218 (the Camaro) according to the DMV records.

2. The Court should approve this amended stipulation, so the Camaro's corrected VIN is reflected in the attached order approving the car's sale via writ of execution.

3. The existing, applicable provisions from the Order remain in effect.

4. Medearis warrants that he has had the opportunity to consult with counsel regarding this amended stipulation.

Respectfully submitted,

FOR THE UNITED STATES:

Dated: June 16, 2021         PHILLIP A. TALBERT
                             Acting United States Attorney

                   By:   */s/ Kurt A. Didier*
                         KURT A. DIDIER
                         Assistant United States Attorney

FOR THE DEFENDANT AND JUDGMENT DEBTOR:

Dated: June 16, 2021   By:   */s/ Brent Medearis (with written permission)*
                             BRENT MEDEARIS, in pro per

# **O R D E R**

The Court, having reviewed the court files and the Parties' Amended Stipulation for Final Order of Writ of Execution (the Amended Stipulation), and good cause appearing therefrom, hereby APPROVES the Amended Stipulation. Accordingly, the Court ORDERS as follows:

1. The order (ECF No. 243) issuing the writ of execution against defendant Brent Medearis's (the Order) nonexempt interest in his 1967 Chevrolet Camaro RS (the Camaro), VIN: 123JKL1258GHJN, is amended to state the Camaro's correct VIN: 124377N179218.

2. Subject to this amendment, the Order's existing, applicable terms remain in effect.

IT IS SO ORDERED.

Dated: June 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE