PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-504 WBS |
| Plaintiff, | ORDER TO ASSIGN AND DISBURSE RESTITUTION |
| v. | |
| JEWEL L. HINKLES, BRENT MEDEARIS, AND CYNTHIA CORN, | |
| Defendant. | |

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution for victim Mr. Robert Aguilar, and be directed to pay the restitution currently in the Clerk's registry, to his proper name Roberto Iniguez.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to pay any restitution currently available and any future proceeds due to Mr. Robert Aguilar to Mr. Roberto Iniguez. The December 12, 2022 hearing date is vacated.

Dated: November 28, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER TO REASSIGN RESTITUTION

1